KRISTIN ELIZABETH WALSH v. ALL SAINTS NURSERY SCHOOL.

July 23, 1985.

Petition for certification denied.

BAHIJA LOVEJOY v. PISCATAWAY BOARD OF EDUCATION.

July 23, 1985.

Petition for certification denied.

JOHN VISPISIANO v. ASHLAND CHEMICAL CO.

July 23, 1985.

Petition for certification granted.